**Order entered April 20, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01511-CV**

**IN RE CEDRIC WHITEHURST**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-18502**

**ORDER**

The reporter's record in this appeal is overdue. By postcard dated March 12, 2020, we directed Francheska Duffey, Official Court Reporter for the 330th Judicial District Court to file, within thirty days, the reporter's record or written verification that either no hearings were recorded or appellant had not requested the record. To date, Ms. Duffey has not responded.

Accordingly, we **ORDER** Ms. Duffey file the reporter's record or requested verification no later than May 4, 2020. As appellant filed a statement of inability to pay costs in the trial court and nothing before the Court reflects the trial court

ordered he pay costs, any reporter's record shall be filed without payment of costs.

*See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/    BILL WHITEHILL
       JUSTICE